# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISIA RHODES, | CASE NO. CV F 10-0418 LJO JLT |
| Plaintiff, | **ORDER TO VACATE HEARINGS** |
| vs. | (Docs. 13, 16.) |
| BAYER CORPORATION, et al, | |
| Defendants. | |

With the conditional transfer of this action to the United States Judicial Panel on Multidistrict Litigation, this Court VACATES the April 19 and 22, 2010 hearings on the motions to stay and remand. This Court will not act on the motions. The clerk is directed to term the motions.

IT IS SO ORDERED.

**Dated:    March 24, 2010**                    /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1